# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-7084

September Term, 2006

06cv00703

Filed On:



Kenneth Daniel Jules,
    Appellant

v.

Warner Books,
    Appellee

### ORDER

By order filed June 12, 2006, appellant was directed to file a brief and appendix by July 31, 2006. To date, appellant has not complied with the court's June 12, 2006, order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Linda Jones
Linda Jones
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 11/22/06
BY: _____
ATTACHED: ___ Amending Order
         ___ Opinion
         ___ Order on Costs

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk